

ORIGINAL

SEALED
BY ORDER OF THE COURT

FLORENCE T. NAKAKUNI        #2286
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.      #3740
Chief, Fraud and Financial Crimes Section

MARSHALL H. SILVERBERG      #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:     Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 0 2013

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. **CR13-00931HG** |
| Plaintiff, | INDICTMENT |
| vs. | COUNT 1: 18 U.S.C. § 1546(a)<br>COUNTS 2-3: 18 U.S.C. § 1015(a) |
| OGUER CLEMENTE RAMIREZ, | |
| Defendant. | |

<u>INDICTMENT</u>

## COUNT 1
## (18 U.S.C. § 1546(a))
## (false statement, visa application)

The Grand Jury charges that:

On or about May 19, 2009, defendant OGUER CLEMENTE RAMIREZ, did knowingly make under oath false statements with respect to material facts in an application required by the immigration laws and regulations of the United States, to wit, a United States Visa application, that is, he claimed on the visa application that he had never been refused admission to the United States or been unlawfully present in the United States when, in truth and in fact, as the defendant well knew, he had been refused admission to the United States, under the name "AGAR CLEMENTE-RAMIREZ," on or about March 6, 2001, for attempting to illegally enter the United States and, subsequently in or about 2001, after successfully crossing the border from Mexico to the United States illegally, he had been, and remained, unlawfully present in the United States.

All in violation of Title 18, United States Code, Section 1546(a).

2

## COUNT 2
### (18 U.S.C. § 1015(a))
### (false statement, naturalization proceeding)

The Grand Jury further charges:

On or about August 31, 2009, defendant OGUER CLEMENTE RAMIREZ, a citizen and national of Mexico, did knowingly make a false statement under oath in a proceeding related to naturalization, citizenship, and registry of aliens, to wit, on Immigration Form I-485 (Application to Register Permanent Residence or Adjust Status) the defendant indicated that he had not obtained a United States Visa by willful misrepresentation of a material fact, when, in truth and in fact, as the defendant well knew, he had obtained a United States Nonimmigrant Visa at the United States Consulate in Ciudad Juarez, Mexico, on May 20, 2009, by making the false statement as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 1015(a).

## COUNT 3
### (18 U.S.C. § 1015(a))
### (false statement, naturalization proceeding)

The Grand Jury further charges:

On or about July 15, 2013, defendant OGUER CLEMENTE RAMIREZ, a citizen and national of Mexico, did knowingly make a false statement under oath in a proceeding related to

naturalization, citizenship, and registry of aliens, to wit, an interview with an Immigration Services Officers regarding his pending N-400 Application for Naturalization, the defendant stated that he had never entered the United States before May 24, 2009, when his United States fiancée visa was issued, when, in truth and in fact, as the defendant well knew, he had crossed the border and entered the United States illegally in or around 2001, and then remained unlawfully in the United States from 2001 through 2009, when he fraudulently obtained the United States Visa as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 1015(a).

DATED: _____ OCT 1 0 2013 _____, Honolulu, Hawaii.

A TRUE BILL,

/s/ Foreperson

_____
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

LESLIE E. OSBORNE
Chief, Fraud and Financial Crimes Section

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

United States v. OGUER CLEMENTE RAMIREZ
Cr. No. _____ (Indictment)

4